FREDERICK J. LONGLEY et al., as Trustees, etc., Respondents, *v.* HAROLD J. COONS et al., Appellants.

(Argued October 10, 1935; decided October 25, 1935.)

*R. Monell Herzberg* and *R. Waldron Herzberg* for appellants.

*George C. Inman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN and FINCH, JJ. Not sitting: HUBBS, J. Not voting: CROUCH, J.